598

460 A.2d 847

Commonwealth v. Amey, Appellant.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.
Judgment of sentence affirmed.

460 A.2d 848

Commonwealth v. Collier, Appellant.

Before HESTER, CIRILLO and JOHNSON, JJ.
We affirm the order denying appellant P.C.H.A. relief.